THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYANT PASCO,

Plaintiff,

v.

NANCY A. BERRYHILL, Commissioner of Social Security,

Defendant.

CASE NO. C16-5669-JCC

ORDER

This matter comes before the Court on Plaintiff's amended motion for attorney fees (Dkt. No. 25). Pursuant to 42 U.S.C. § 406(b)(1):

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits . . . .

42 U.S.C. § 406(b)(1). Pasco agreed to pay his attorney 25% of his past-due benefits if his Social Security appeal was successful. (Dkt. No. 24-1.) Pasco's appeal was successful, and he received past-due benefits. (Dkt. No. 24-2 at 1–4.) In accordance with the fee agreement, Pasco asks this Court to authorize a fee of $15,044.25 be paid to his attorney. (Dkt. No. 25 at 1.) The Court finds that the total fee is reasonable given that it comports with the fee agreement, counsel's representation was effective, there was no undue delay, and the fee does not represent a windfall.

(*See* Dkt. Nos. 24-1, 24-2, 24-3.) The Commissioner does not oppose the request or the amount of fees. (*See* Dkt. No. 26 at 1.)

Plaintiff's motion for attorney fees (Dkt. No. 25) is GRANTED. The Court authorizes counsel to charge attorney fees in the amount of $15,044.25 in accordance with 42 U.S.C. § 406(b). Counsel is DIRECTED to refund to Pasco $2,601.18, the amount in attorney fees paid to Counsel under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Dkt. No. 26 at 1.)

DATED this 27th day of December 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE