THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYANT PASCO,

Plaintiff,

v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

Defendant.

CASE NO. C16-5669-JCC

ORDER

This matter comes before the Court on Plaintiff's supplemental motion for attorney fees (Dkt. No. 28). Pursuant to 42 U.S.C. § 406(b)(1):

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits . . . .

42 U.S.C. § 406(b)(1). Pasco agreed to pay his attorney 25% of his past-due benefits if his Social Security appeal was successful. (Dkt. No. 24-1.) Pasco's appeal was successful, and he received past-due benefits. (Dkt. No. 24-2 at 1–4.) In accordance with the fee agreement, the Court awarded $15,044.25 in attorney fees. (Dkt. No. 27.)

Pasco now moves for supplemental attorney fees in the amount of $6,298.25 based on a subsequent award of past due benefits to his dependents. (*See* Dkt. No. 28 at 7.) Defendant does

not oppose the motion. (*See* Dkt. No. 29 at 1.) The Court finds that the total fee is reasonable given that it comports with the fee agreement, counsel's representation was effective, there was no undue delay, and the fee does not represent a windfall. (*See* Dkt. Nos. 28-1–28-5.)

Plaintiff's motion for attorney fees (Dkt. No. 28) is GRANTED. The Court authorizes counsel to charge attorney fees in the amount of $6,298.25 in accordance with 42 U.S.C. § 406(b).

DATED this 10th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE